IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **RODNEY ANTHONY ROBERTSON** * | |
| *Plaintiff* * | |
| v. * | Civil Action No.: RDB 10-1319 |
| **BRIAN A. IULIANO, M.D.** *et al.* * | **STIPULATION OF DISMISSAL** |
| *Defendants* * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL AS TO NEUROSURGERY ASSOCIATES, INC. ONLY

The parties, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Neurosurgery Associates, Inc. ONLY, without prejudice.

Respectfully submitted,

*Thomas O'Toole (w/permission)*
_____
Thomas O'Toole, Esquire (Bar No. 10227)
Baroody & O'Toole
201 North Charles Street, Suite 2102
Baltimore, Maryland 21202
Telephone: (410)539-8410
Facsimile: (410)539-8411
E-mail: totoolelaw@aol.com
***Attorneys for Plaintiff***

*Trace G. Krueger*

---

Michael J. Baxter (Bar No. 01209)
Trace G. Krueger (Bar No. 27479)
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
Telephone: (410) 230-3800
FAX: (410)230-3801
E-mail: tk@bbsclaw.com
***Attorneys for Defendant***
***Brian A. Iuliano, M.D. and***
***Neurosurgery Associates, Inc.***


*Shannon Madden Marshall (w/permission)*

---

Craig B. Merkle (Federal Bar No. 00531)
Shannon Madden Marshall, Esquire
(Bar No. 14347)
Goodell, DeVries, Leech & Dann
One South Street, Suite 2000
Baltimore, Maryland  21202
***Attorneys for Defendant***
***St. Agnes HealthCare, Inc.***


*Peter E. Keith (w/permission)*

---

Peter E. Keith, Esquire ( Bar No. 01483)
Brian T. Tucker, Esquire (Bar No. 27485)
Hilary H. Amaoutakis, Esquire (Bar No. 28808)
Gallagher, Evelius & Jones
218 N. Charles Street
Baltimore, Maryland  21202
***Attorneys for Defendant***
***Neurosurgery Services, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of **September, 2012** the foregoing Stipulation of Dismissal as to Neurosurgery Associates, Inc. Only was electronically filed and served upon the parties.

*Trace Krueger*
_____
Trace Krueger  (Federal Bar No. 27479)