IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| RODNEY ANTHONY ROBERTSON | * | |
| *Plaintiff* | * | |
| | | Civil Action No.: RDB 10-1319 |
| v. | * | |
| | | STIPULATION OF DISMISSAL |
| BRIAN A. IULIANO, M.D. *et al.* | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL AS TO NEUROSURGERY ASSOCIATES, INC. ONLY

The parties, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Neurosurgery Associates, Inc. ONLY, without prejudice.

Respectfully submitted,

*Thomas O'Toole (w/permission)*

---

Thomas O'Toole, Esquire (Bar No. 10227)
Baroody & O'Toole
201 North Charles Street, Suite 2102
Baltimore, Maryland 21202
Telephone: (410)539-8410
Facsimile: (410)539-8411
E-mail: totoolelaw@aol.com
*Attorneys for Plaintiff*

Request GRANTED This 10th Day of September, 2012.

*[signature]*

Richard D. Bennett
United States District Judge