# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RODNEY ROBERTSON       *
           **Plaintiff**

           *

     v.                **Case No.  RDB-10-1319**

           *

BRIAN IULIANO
           **Defendant**      ******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this

day of ___January 25___ , 20_13_ ,

**ORDERED**,

1.     Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2.     Any and all prior rulings made by the Court disposing of any claims against any

parties are incorporated by reference herein, and this Order shall be deemed to be a final

judgment within the meaning of Fed. R. Civ. P. 58.

_Rich D. Bennett_

Richard D. Bennett
United States District Judge